BEFORE THE SECOND DIVISION, MARCH 6, 1950

**No. 54104.**—Harzfelds, Inc. *v.* United States, protest 770556–G (St. Louis).

Opinion by FORD, J.   The protest was dismissed.

**No. 54105.**—Carson, Pirie, Scott & Co. *v.* United States, protests 948784–G/87774 and 948786–G/87773 (Chicago).

Opinion by FORD, J.   The protests were dismissed.

**No. 54106.**—Wm. Filenes Sons Co. *v.* United States, protest 960936–G (Boston).

Opinion by FORD, J.   The protest was dismissed.

**No. 54107.**—Carson Pirie Scott & Company *v.* United States, protest 134173–K/1315 (Chicago).

Opinion by FORD, J.   The protest was dismissed.

BEFORE THE FIRST DIVISION, MARCH 8, 1950

**No. 54108.**—Geigy Co., Inc., et al. *v.* United States, protests 134964–K, etc. (New York).

Opinion by COLE, J.   The protests were dismissed.

**No. 54109.**—Biddle Sawyer Corp. and Importers Commission Co., Inc. *v.* United States, protests 135782–K and 845516–G (New York).

Opinion by COLE, J.   The protests were dismissed.

**No. 54110.**—Amtorg Trading Corp. et al. *v.* United States, protests 139513–K, etc. (New York).

Opinion by COLE, J.   The protests were dismissed.

**No. 54111.**—Gane & Ingram, Inc., et al. *v.* United States, protests 143555–K, etc. (New York).

Opinion by COLE, J.   The protests were dismissed.

**No. 54112.**—J. W. Hampton, Jr., & Co., Inc. *v.* United States, protest 150255–K (A) (New York).

Opinion by COLE, J.   The protest was dismissed.

**No. 54113.**—A. Gulbenkian *v.* United States, protest 152358–K (New York).

Opinion by COLE, J.   The protest was dismissed.